AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

## District of Nevada

| UNITED STATES OF AMERICA | **Judgement in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ARMANDO RODRIGUEZ-SAMANO | Case No.   3:03-cr-00136-HDM-VPC |
| | USM No.   37745-048 |
| | Ramon Acosta, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition   Para. 1 of 1/16/2008 Petition   of the term of supervision.

☐   was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not comit another federal, state or local crime | 1/14/2008 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 24, 2008
Date of Imposition of Judgment

_____
Signature of Judge

HOWARD D. McKIBBEN, Senior U.S. District Judge
Name and Title of Judge

4/28/08
Date

FILED / ENTERED
APR 28 2008

DEFENDANT: ARMANDO RODRIGUEZ-SAMANO
CASE NUMBER: 3:03-cr-00136-HDM-VPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **Twenty-Four (24) Months**

X  The court makes the following recommendations to the Bureau of Prisons:
**Recommendation for placement at Herlong**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL